(Reap. Dec. 8284)

UNITED STATES v. AIR CLEARANCE ASS'N., INC.

Entry No. 959269.

(Decided January 28, 1954)

*Warren E. Burger*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the plaintiff.
*Mary Rehan* for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement has been submitted for decision on an agreed statement of fact on the basis. of which I find the proper value was $55.62 per dozen.

Judgment will be rendered accordingly.